UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>V.<br>JOSEFF GENE GREEK,<br>Defendant. | No. CR-21-0380-CRB<br><br>(~~Proposed~~) **RELEASE ORDER** |

FOR GOOD CAUSE SHOWN, the defendant JOSEFF GENE GREEK, Conta Costa County Booking Number 2605190, shall be released from the custody of the United States Marshal on the above-listed case no later than 10:00 a.m. on November 9, 2026. Upon his release, the defendant is to report forthwith to United States Probation, 450 Golden Gate Avenue, 17th floor, San Franscisco.

All prior release conditions remain in effect, with the addition of these two conditions:

1. The defendant shall reside at the Geo Re-Entry Services, 111 Taylor Street, San Francisco, at the discretion of the probation officer.

//

//

2. The defendant must participate in an outpatient program of testing and treatment for drug and alcohol abuse, as directed by the probation officer.

IT IS SO ORDERED

Date: November 6, 2026

HON. CHARLES R. BREYER
United States Senior District Judge